1  STEVEN G. KALAR
   Federal Public Defender
2  HANNI M. FAKHOURY
   Assistant Federal Public Defender
3  1301 Clay Street, Suite 1350N
   Oakland, California 94612
4  Telephone: (510) 637-3500

5  Counsel for Defendant GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-15-71192-MAG |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF ATTORNEY APPEARANCE |
| FRANCISCO GONZALEZ, | ) | |
| Defendant. | ) | |

The Federal Public Defender was previously appointed as counsel for defendant in the above captioned action. Pursuant to Criminal Local Rule 44-2 (a), undersigned counsel, Assistant Federal Public Defender Hanni M. Fakhoury, enters his general appearance for defendant in this case. Counsel's contact information is listed above.

Dated: November 10, 2015

                                                Respectfully submitted,

                                                STEVEN G. KALAR
                                                Federal Public Defender

                                                      /S/

                                                HANNI M. FAKHOURY
                                                Assistant Federal Public Defender

Notice of Attorney Appearance