BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

KIMBERLY E. HOPKINS (MABN 668608)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7200
      FAX: (415) 436-7234
      Kimberly.hopkins@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 4-15-71192 MAG |
| v. | ) |
| | ) STIPULATION AND [PROPOSED] ORDER FOR |
| FRANCISCO GONZALEZ, | ) CONTINUANCE OF PRELIMINARY HEARING |
| | ) AND EXCLUSION OF TIME |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

      The parties in this case agree and jointly request the Court to move the preliminary hearing in the above captioned case from February 8, 2016 to March 7, 2016 at 9:30 a.m.  The reason for the request is to allow the defendant additional time to review the disclosure in this case, and for the parties to calculate the applicable sentencing guidelines that apply and finalize a potential resolution in the case.

      For the reasons stated, the parties hereby request that the preliminary hearing be rescheduled from February 8, 2016 to March 7, 2016 at 9:30 a.m., and submit that good cause exists to exclude and waive time between such dates under Federal Rule of Criminal Procedure 5.1(c) and (d) and the Speedy

STIPULATION AND [PROPOSED] ORDER

1  Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to allow for the effective preparation of counsel and

2  continuity of counsel, taking into account the exercise of due diligence.

3  IT IS SO STIPULATED.

4

5  DATED: February 3, 2016

6                                                              /s/
                                                    KIMBERLY HOPKINS
7                                                   Assistant United States Attorney

8

9                                                              /s/
                                                    HANNI M. FAKHOURY
10                                                  Attorney for Defendant

11

12                               **[~~PROPOSED~~] ORDER**

13          For the reasons stated above the Court hereby CONTINUES the preliminary hearing in the

14  aforementioned case from February 8, 2016 to March 7, 2016 at 9:30 a.m.  The Court further finds

15  that good cause exists to exclude and waive time between such dates under Federal Rule of Criminal

16  Procedure 5.1(c) and (d) and the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to allow for

17  the effective preparation of counsel and continuity of counsel, taking into account the exercise of due

18  diligence.

19          **IT IS SO ORDERED.**

20

21  DATED:  2/3/16

                                                    HONORABLE KANDIS A. WESTMORE
22                                                  UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER